**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6550**

---

CARL MASON MANESS,

Plaintiff - Appellant,

versus

WALLACE THOMPSON HOSPITAL,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CA-98-358-7-20AK)

---

Submitted:  June 18, 1998                    Decided:  July 9, 1998

---

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Carl Mason Maness, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Mason Maness appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint without prejudice. Maness' case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Not having received objections by the end of prescribed period, the district court adopted the magistrate judge's report and recommendation and dismissed the action without prejudice.

Three days after the entry of judgment, Maness filed objections to the report. Because these objections were postmarked within the objection period, we construe them as timely under Houston v. Lack, 487 U.S. 266 (1988). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Maness v. Wallace Thompson Hospital, No. CA-98-358-7-20AK (D.S.C. Mar. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2